PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
for
## Middle District of Pennsylvania/Williamsport

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Darryl H. Pierce          Case Number: 1)1:89-CR-176-001
                                                         2)1:01-CR-030-001
Name of Sentencing Judicial Officer: 1)The Honorable Sylvia H. Rambo, U.S. District Judge*
2) The Honorable Yvette Kane, U.S. District Judge
Date of Original Sentence: 1) April 27, 1990   2) August 30, 2001
Original Offense: 1) Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 924(c)(a)   2) False Statements in a Matter Within the Jurisdiction of the Internal Revenue Service, 26 U.S.C. § 1001
Original Sentence: 1) 15 years imprisonment followed by three years supervised release   2) 18 months imprisonment- to run consecutive to 1:89-CR-176-001, $100 fine, and two years supervised release.
Type of Supervision: Supervised Release    Date Supervision Commenced: September 10, 2004
Assistant U.S. Attorney: 1) Theodore B. Smith III   Defense Counsel: 1)Daniel I. Siegel
                         2) Martin C. Carlson                        2) David J. Foster

*Case transferred to Judge Kane on May 16, 2006.

---

## PETITIONING THE COURT

[X]   To issue a warrant to have Darryl H. Pierce arrested and brought before the Court to show cause why his supervised release should not be revoked.

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| General Condition | "The defendant shall not commit another federal, state, or local crime." |
| | According to police reports, on May 12, 2006, at 4:34 a.m., Mr. Pierce, a convicted felon, was found by Atlantic City, New Jersey Police to be in possession of a loaded firearm and a quantity of cocaine. The firearm had previously been reported stolen. Police were called to the Bally's Casino after a security officer observed the subject running through the facility holding a handgun. Mr. Pierce was apprehended by police after a foot chase. A subsequent search of Mr. Pierce yielded about 4.55 ounces of suspected powder cocaine in a plastic bag and about 1.4 grams crack cocaine and powder in a separate plastic bag. Mr. Pierce is being held in the Atlantic County Jail pending trial. |

| | |
|---|---|
| **Mandatory Condition** | "The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm." |
| **&** | |
| **Standard Condition #14** | "The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon." |

On May 12, 2006, the defendant was found by Atlantic City, New Jersey police, in possession of a loaded firearm.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be **revoked**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 19, 2006

Fonda L. Steele
U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No action

[X] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

s/Yvette Kane

Signature of Judicial Officer

5/24/06
Date