PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
1:89-CR-176-001
1:01-CR-030-001

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Darryl H. Pierce | Middle/PA | Harrisburg |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Yvette Kane | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/10/04 — TO 9/09/07 |

**OFFENSE**
Possession of a Firearm by a Convicted Felon - 18 U.S.C. § 924(c)(a)
False Statements in a Matter Within the Jurisdiction of the Internal Revenue Service - 26 U.S.C. 1001

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Pennsylvania__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Eastern District of Pennsylvania__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/24/06
Date

s/Yvette Kane
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __Pennsylvania__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge