UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

P. O. BOX 1148
SCRANTON, PA   18501

July 17, 2006

**FILED
SCRANTON**

COURT TRANSFERRED TO: Eastern District of Pennsylvania

JUL 2 1 2006

PER _____
DEPUTY CLERK

RE:   1:01-CR-30   USA V. DARRYL H. PIERCE
Judge Kane

Dear Sir/Madam:

Pursuant to Judge Kane's Order dated May 24, 2006, and your Court's Order dated 6/14/06, this case was transferred to your court. I am enclosing the original case file, along with a certified copy of the docket and this Court's transfer order.

Kindly acknowledge receipt of the file on the copy of the letter provided. Thank you for your assistance in this matter.

Very truly yours,

MARY E. D'ANDREA, CLERK

Kevin J. Neary
Deputy Clerk

**RECEIPT**

Acknowledge receipt of above on this __19__ day of __JULY 2006__.

Signed: _____

CASE NO. ASSIGNED: __06 CR 267-1__